September 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

BLU SHIELDS CONSTRUCTION, LLC AND ARNOLD SHIELDS, Appellants

NO. 14-16-00647-CV                                    V.

ROSSE MARY PEAVY, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on August 15, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Blu Shields Construction, LLC and Arnold Shields.

We further order this decision certified below for observance.